**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 06-cv-01656-LTB-MJW

EDWARD SCOTT HOUCHIN,

     Plaintiff,

v.

ALFONSO R. JACKSON, Secretary, U.S. Department of Housing and Urban Development,

     Defendant.

---

**ORDER GRANTING DEFENDANT'S MOTION TO**
**VACATE THE SETTLEMENT CONFERENCE**
**(DN 13)**

---

     The Court, having reviewed the Defendant's motion to vacate the settlement conference scheduled for December 21, 2006, at 1:30 p.m., and being fully advised of its premises, hereby GRANTS the motion and vacates the settlement conference scheduled for December 21, 2006, at 1:30 p.m.

     SO ORDERED this 15th Day of December, 2006.

                                                                  BY THE COURT:

                                                                 S/Michael J. Watanabe

                                                                  MICHAEL J. WATANABE
                                                                  US Magistrate Judge
                                                                  United States District Court