**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE**

Civil Case No.  06-cv-01656-LTB-MJW

EDWARD SCOTT HOUCHIN,

      Plaintiff,

v.

ALPHONSO R. JACKSON, Secretary, U.S. Department of Housing and Urban Development,

      Defendant.

_____

**ORDER**
_____

      This case is before me on the Recommendations of the Magistrate Judge that Defendant's Motion to Dismiss for Lack of Jurisdiction Pursuant to Fed.R.Civ.P. 12(b)(1) [Doc 7] be granted and further that Defendant's Motion to Dismiss for Failure to State a Claim Pursuant to Fed.R.Civ.P. 12(b)(6) [Doc 8] be granted.  Plaintiff has filed timely specific written objections to the Magistrate Judge's recommendations.  Defendant has filed a response to Plaintiff's objections.

      The Magistrate Judge's recommendation regarding failure to state a claim pertains to Plaintiff's claim of violation of Title VII in failure to promote and a Fifth Amendment claim.  The recommendation to dismiss for lack of jurisdiction based upon failure to exhaust administrative remedies pertains to Plaintiff's remaining claims.

      Plaintiff's objections do not address the recommendation regarding violation of the equal protection clause of the Fifth Amendment and pattern and practice of retaliation,

hostile work environment, and harassment. Hence, those claims can be deemed abandoned.

In any event, I have reviewed the Magistrate Judge's recommendations *de novo* in their totality, in light of Plaintiff's objections, Defendant's response, and the record in this case. On *de novo* review I conclude that the recommendations are correct.

I note that Plaintiff in his objections states that he has new evidence pertaining to his failure to promote claim. While such "evidence" might be relevant to a determination upon a Rule 56 motion for summary judgment, it is without the bounds of a Fed.R.Civ.P. 12(b)(6) analysis.

Accordingly,

IT IS ORDERED that Defendant's Motion to Dismiss for Lack of Jurisdiction Pursuant to Fed.R.Civ.P. 12(b)(1) [Doc 7] is GRANTED, and Defendant's Motion to Dismiss for Failure to State a Claim Pursuant to Fed.R.Civ.P. 12(b)(6) [Doc 8] is GRANTED.

IT IS FURTHER ORDERED that the above action is DISMISSED.

BY THE COURT:

   s/Lewis T. Babcock          
Lewis T. Babcock, Chief Judge

DATED:   April 17, 2007