**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE**

Civil Case No. 06-cv-01656-LTB-MJW

EDWARD SCOTT HOUCHIN,

      Plaintiff,

v.

ALPHONSO R. JACKSON, Secretary, U.S. Department of Housing and Urban Development,

      Defendant.

_____

**ORDER**
_____

Upon Plaintiff's Response to Defendant's Response to Plaintiff's Specific Objections to US Magistrate Judge Michael J. Watanabe's Recommendation to Dismiss Plaintiff's Case and Plaintiff's Request That the Case Go Forward as De Novo Review (Doc 20 - filed April 17, 2007), it is

ORDERED that pursuant to the Order [Doc 19] issued by this Court on April 17, 2007) STANDS as issued.

                                         BY THE COURT:

                                           s/Lewis T. Babcock
                                         Lewis T. Babcock, Chief Judge

DATED:   April 18, 2007